1  ELIZABETH WALDOW
   NATIONAL PARK SERVICE
2  Law Enforcement Office
3  P.O. Box 517
   Yosemite, California   95389
4  Telephone: (209) 372-0243

5

6
            **In The Eastern District of California for the**
7
                    **United States District Court**
8

9

10

11 UNITED STATES OF AMERICA,    )   CASE NO. 6:05-mj-0042
                                )
12          Plaintiff,           )   ORDER TO DENY DEFENDANT'S
                                )   MOTION TO DISMISS
13          v.                   )
                                )
14 BLAIR GUTHRIE,               )   Date: August 3, 2005
   KIMBERLY WILLIAMS            )   Time: 10:00 a.m.
15                              )   Courtroom: U.S. Magistrate
                                )   Judge:
16          Defendants.          )   Hon. William M. Wunderlich
                                )
17                              )
   _____  )
18

19 For the reasons stated in the United States Government Response

20 in Denial of Defendant's Motion to Dismiss the United States

21 Government, through its representative Elizabeth Waldow,

22 respectfully requests that the Defendant's Motion to Dismiss be

23 denied.

24

25

26

27

28

                                    1

1
2
3
4
5
6  IT IS SO ORDERED.
7  **Dated:   August 4, 2005**              **/s/  William M. Wunderlich**
   mmkd34                                   UNITED STATES MAGISTRATE JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28